UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | | |
| | : | Case Nos. | **25-cr-218 (CRC)** |
| v. | : | | **25-cr-301 (CRC)** |
| | : | | |
| **PRES BRADDY** | : | | |
| | : | | |
| | : | | |
| Defendant. | : | | |
| | : | | |

## JOINT MOTION FOR STATUS CONFERENCE

The United States of America, by and through its undersigned counsel, and Counsel for the Defendant, respectfully submits this motion for the scheduling of a status conference in these matters. The parties' preferred date and time is Thursday, March 12, 2026, between 1:00 PM and 3:00 PM. Alternatively, the parties would be available on Wednesday, March 11, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Travis Wolf*
Travis Wolf
Assistant United States Attorney
N.Y. Bar No. 5483243
601 D Street NW
Washington, D.C. 20530
(202) 803-1670
Travis.Wolf@usdoj.gov

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | | |
| | : | **Case Nos.** | **25-cr-218 (CRC)** |
| v. | : | | **25-cr-301 (CRC)** |
| | : | | |
| **PRES BRADDY** | : | | |
| | : | | |
| | : | | |
| **Defendant.** | : | | |
| | : | | |

**ORDER**

Upon consideration of the Joint Motion for a Status Conference, it is hereby

**ORDERED** that the matters are scheduled for a status conference on March ___, 2026 at _____.

_____
Judge Christopher R. Cooper
United States District Court

2